# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hall, Peter W. | Court of Appeals -- 2d Circuit | 08/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge, Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States Court of Appeals
P.O. Box 885
Rutland, VT 05702-0885

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Executive Committee | Joan Loring Wing Inns of Court Chapter, Southern Vermont |
| 2. | Member, Board of Directors | Federal Judges Association |
| 3. | Member, Board of Trustees | Vermont Law School |
| 4. | Vice President, First Study Commission | International Association of Judges |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self-employed -- veterinarian |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | February 18-27, 2011 | Los Cabos, Mexico | Educational Seminar -- Program participant | Transportation, food, lodging |
| 2. | New York Law School | March 18-20, 2011 | New York, NY | Participating as moot court judge | Transportation, food, lodging |
| 3. | The Hotchkiss School | April 7-8, 2011 | Lakeville, CT | Attend Award Ceremony | Food |
| 4. | New York State Bar Association | May 21-22, 2011 | Newport, RI | Educational Seminar -- Program participant | Transportation, food, lodging |
| 5. | Federal Judges Association | May 26-27, 2011 | Washington, DC | Attend Board of Directors Meeting | Transportation, food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Peter W. | 08/15/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Vermont Law School | July 31-August 1, 2011 | Vergennes, Vermont | Attend Trustees Meeting | Food, lodging |
| 7. | Turkish Judges Association | September 2-10, 2011 | Istanbul, Turkey | Attend International Association of Judges Meeting | Food |
| 8. | Vermont Law School | October 21-22, 2011 | South Royalton, Vermont | Attend Trustees Meeting | Food |
| 9. | Vermont Law School | December 6-6, 2011 | South Royalton, Vermont | Attend Trustees Meeting | Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Peter W. | 08/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit card | J |
| 2. | Massachusetts Mutual Life Insurance Company | Loan against whole life policy value | J |
| 3. | NationwideFinancial Services Insurance | Loan against whole life policy value | J |
| 4. | DLL Commercial Finance Solutions | Equipment loan w.r.t Part VII, Line 19 | M |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Peter W. | 08/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CIGNA (common) | A | Dividend | J | T | | | | | |
| 2. IRA: Fidelity Asset Manager 50% Mutual Fund | A | Dividend | J | T | | | | | |
| 3. Interest in timber & land, Shaftsbury, VT | B | Royalty | K | W | Sold (part) | 12/21/11 | J | B | Edward Legacy |
| 4. Interest in timber & land, Shaftsbury, VT | A | Rent | K | W | | | | | |
| 5. Rental [redacted] Rutland, VT | D | Rent | K | W | | | | | |
| 6. Nationwide Life Ins. Co. of Amer. whole life ins. Policy | A | Dividend | K | U | | | | | |
| 7. Massachusetts Mutual Life Ins. Co. -- whole life ins. Policy | A | Dividend | K | U | | | | | |
| 8. Peoples United | A | Interest | K | T | | | | | |
| 9. Berkshire Bank | A | Interest | J | T | | | | | |
| 10. Heritage Family Credit Union | A | Interest | J | T | | | | | |
| 11. Edward D. Jones Money Market Account | B | Dividend | J | T | | | | | |
| 12. Vermont Educ. & Health Bldgs Fin.Revenue Bonds | A | Interest | K | T | | | | | |
| 13. American Funds (mutual fund) -- Income Fund of America | A | Int./Div. | J | T | | | | | |
| 14. Federated (mutual fund) -- Prime Cash Series (Y) | | | | | | | | | |
| 15. Coca Cola Co. | A | Dividend | J | T | | | | | |
| 16. IDX | | None | J | T | | | | | |
| 17. Western National Life Insurance Company | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Peter W. | 08/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.                  | E | Distribution | J | U | | | | | |
| 19.   Credit Union of Vermont(X) | A | Interest | J | T | | | | | |
| 20.   UVM & State Agriculture College Revenue Bonds | A | Interest | J | T | | | | | |
| 21.   3M Company (X) | A | Dividend | J | T | Buy | 10/20/11 | J | | |
| 22.   Caterpillar, Inc. (X) | | None | J | T | Buy | 10/20/11 | J | | |
| 23.   IRA: American Funds -- High Income Trust (X) | A | Dividend | J | T | Buy | 10/20/11 | J | | |
| 24.   IRA: American Funds -- Internat'l Growth & Income Fund (X) | A | Dividend | J | T | Buy | 10/20/11 | J | | |
| 25.   IRA: American Funds -- American Mutual Fund (X) | A | Dividend | J | T | Buy | 10/20/11 | J | | |
| 26.   IRA: American Funds -- Income Fund of America (X) | A | Dividend | J | T | Buy | 10/20/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Peter W. | 08/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Investments and Trusts, line 12, the subject bonds were reported as "Redeemed" in Part VII, line 13 of the 2010 Financial Disclosure Report; they should have been reported as "Redeemed (part);" thus, Column C(1) should have been "K" and C(2) should have been "T."

Part VII, Investments and Trusts, line 14, the subject fund was included in error on Part VII, line 15 of the 2010 Financial Disclosure Report. The fund ceased being reportable as of the end of calendar year 2009.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter W. Hall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544